## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13

**Shingle, Lisa A.**
**Shingle, Alan R.**
   **Debtor**

             :  16-11689 amc

## CERTIFICATE OF SERVICE OF
## DEBTOR'S AMENDED CHAPTER 13 PLAN

  I certify that on  August 28, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: August 28, 2016

             "/s/"John L. McClain
             John L. McClain, Esquire
             Mitchell J. Prince, Esquire
             Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072