# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11689-AMC

LISA A SHINGLE
ALAN R SHINGLE
277 KILLIAN ROAD

HONEY BROOK, PA 19344

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA A SHINGLE
    ALAN R SHINGLE
    277 KILLIAN ROAD

    HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                     /S/ William C. Miller

Date: 11/28/2016                                         _____

                                                              William C. Miller, Esquire
                                                              Chapter 13 Standing Trustee