IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Shingle, Lisa A.
    Shingle, Alan R.
        Debtors : 16-11689 amc

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for John L. McClain, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on February 28, 2017 IT IS ORDERED THAT:

1. The case is dismissed and any wage orders are hereby VACATED.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on March 21, 2017, at 11:00 Am in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before March 6, 2017.

3/1/2017

Honorable Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lisa A. and Alan R. Shingle
277 Killian Road
Honey Brook, PA 19344

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106