```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                      Case No. 16-11689-amc
Lisa A. Shingle                                             Chapter 13
Alan R. Shingle
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Stacey               Page 1 of 2           Date Rcvd: Mar 02, 2017
                             Form ID: pdf900            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         +Lisa A. Shingle,    Alan R. Shingle,    277 Killian Road,    Honey Brook, PA 19344-9636
13689355       +Ars Account Resolution,    1643 Harrison Pkwy Suite,    Sunrise, FL 33323-2857
13732076       +Brandywine Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
13689356       +Brandywine Hospital,    PO Box 503540,    St. Louis, MO 63150-3540
13689357       +Eastern Revenue Inc,    998 Old Eagle School Rd,    Wayne, PA 19087-1805
13689358        Emergency PHY Associat of PA,    c/o HRRG,    PO Box 459080,    Sunrise, FL 33345-9080
13689359       +GI Pathology,    PO Box 1000 Dept 461,    Memphis, TN 38148-0001
13689360       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13689364        MTGLQ Inv.,LP aka Rushmore Loan,    PO Box 12649,    Reading, PA 19612-2649
13773661       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13689362       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13689363       +Medical Revenue Services,    645 Walnut Street, Ste 5,    Gadsden, AL 35901-4173
13689368       +PPL,    827 Hausman Road,    Allentown, PA 18104-9392
13689369       +PPL Electric Utilities,    2 North 9th Street, CPC-Genn1,    Allentwon, PA 18101-1179
13689366       +Phoenexville Hospital,    PO Box 504060,    St. Louis, MO 63150-4060
13689367       +Phoenixville Hospital,    1605 Valley Cetnter Parkway Ste 200,    Bethlehem, PA 18017-2345
13689370       +Professional Account Services, INc,    PO Box 188,    Brentwood, PA 37024-0188
13689371       +St. Joseph Medical Group,    c/o Physicans Billing,    PO Box 102388,    Atlanta, GA 30368-2388
13689372       +Tabas & Rosen PC,    1601 Market Street,    Ste 2300,    Philadelphia, PA 19103-2306
13689373       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
13689374       +The Chester County Hospital,    PO Box 2701,    West Chester, PA 19380-0944
13689375        The Home Shopping Network,    c/o National Bond Collection,    210 Division St.,
                 Kingston, PA 18704-2715
13689377       +The University of PA Radiology,    c/o B&B Collections Inc,    PO Box 2137,
                 Toms River, NJ 08754-2137
13689379       +West Chester GI Associates PC,    915 Old Fern Hill Rd Bldg B St,    W. Chester, PA 19380-4269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 03 2017 01:33:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:33:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2017 01:33:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13693458        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2017 01:37:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13689365       +E-mail/Text: nod.referrals@fedphe.com Mar 03 2017 01:32:45      Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
13689378       +E-mail/Text: ebn@unique-mgmt.com Mar 03 2017 01:33:17      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13689354*      +Alan R. Shingle,    277 Killian Rd,    Honey Brook PA 19344-9636
13689353*      +Alan R. Shingle,    277 Killian Road,    Honey Brook, PA 19344-9636
13689361*      +Lisa A. Shingle,    277 Killian Road,    Honey Brook, PA 19344-9636
13689376*      +The Home Shopping Network,    c/o National Bond Collection,    210 Division St,
                 Kingston, PA 18704-2715
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Mar 02, 2017
                              Form ID: pdf900           Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
            ANDREW F GORNALL     on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            DENISE ELIZABETH CARLON     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
            JOHN L. MCCLAIN    on behalf of Joint Debtor Alan R. Shingle aaamcclain@aol.com,
             edpabankcourt@aol.com
            JOHN L. MCCLAIN    on behalf of Debtor Lisa A. Shingle aaamcclain@aol.com,  edpabankcourt@aol.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Shingle, Lisa A.
   Shingle, Alan R.
      Debtors : 16-11689 amc

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for John L. McClain, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on February 28, 2017 IT IS ORDERED THAT:

1. The case is dismissed and any wage orders are hereby VACATED.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on March 21, 2017, at 11:00 Am in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before March 6, 2017.

3/1/2017

Honorable Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lisa A. and Alan R. Shingle
277 Killian Road
Honey Brook, PA 19344

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106