**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
   Shingle, Lisa A.
   Shingle, Alan R. :
      Debtors

: 16-11689 amc

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2017, a copy of the Order Dismissing the Case and retaining jurisdiction was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

March 20, 2017

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Shingle, Lisa A. Shingle, Alan R.
277 Killian Road
Honey Brook, PA 19344